**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and CAPITOL CMG, INC., | ) | C.A. No. 26-1156-MN |
| Plaintiffs, | ) | **DEMAND FOR JURY TRIAL** |
| v. | ) | |
| DISTROKID, LLC, KID DISTRO HOLDINGS, LLC, and DK HOLDCO, LLC | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

WHEREAS, Defendants requested additional time to respond to the Complaint in this matter and the parties conferred and agreed on a schedule to govern Defendants' response to the Complaint and the timing of a Rule 26(f) conference;

Plaintiffs hereby move to extend the deadline for Defendants to move, answer or otherwise respond to the Complaint and to set the following deadlines:

1. The parties shall conduct a Rule 26(f) conference on or before November 13, 2026.
2. Defendants shall move, answer or otherwise respond to the Complaint on or before December 4, 2026.
3. If Defendants file a motion to dismiss, Plaintiffs' answering brief shall be due on or before January 15, 2027 and Defendants' reply brief shall be due on or before February 5, 2027.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Louis K. Kettering (#7693)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
kettering@rlf.com

*Attorneys for Plaintiff*

OF COUNSEL:

Glenn Pomerantz
Glenn.Pomerantz@mto.com
Kelly M. Klaus
Kelly.Klaus@mto.com
Rose Leda Ehler
Rose.Ehler@mto.com
Oliver Brown
Oliver.Brown@mto.com
Ariella Park
Ariella.Park@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
(213) 683-9100

Dated: September 25, 2026

IT IS SO ORDERED this _____ day of September, 2026.

______________________________
United States District Judge