UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:26-cv-01156-MN |
| v. | ) | |
| | ) | |
| DISTROKID, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF JOSEPH ANTHONY REYNA FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE ON THE SCOPE OF ANY INJUNCTIVE RELIEF**

**Judge: Hon. Maryellen Noreika**

Joseph Anthony Reyna, an independent recording artist and DistroKid account holder who is not a party to this action, respectfully moves for leave to file the accompanying "Brief of Proposed Amicus Curiae Joseph Anthony Reyna on the Scope of Any Injunctive Relief" (the "Brief"). The Brief addresses a limited question: how any court-entered removal or account-termination provisions should distinguish identification, action, and correction, including where disputed identifications affect lawful recordings or consequences extend to other recordings in an account. Movant requests no ruling on liability, no restoration, damages, or adjudication of his own recordings, account, or rights, and no supervision of independent contractual decisions.

## I. THE PROPOSED BRIEF WOULD ASSIST THE COURT

The Court has discretion to permit amicus participation that contributes to its understanding of the issues. See Harris v. Pernsley, 820 F.2d 592, 603 (3d Cir. 1987). A useful

amicus submission may offer a distinct perspective without being wholly disinterested. See Neonatology Assocs., P.A. v. Comm'r, 293 F.3d 128, 131-33 (3d Cir. 2002). Although Neonatology addresses appellate practice, its discussion of useful amicus assistance supports the limited role requested here. Movant seeks only acceptance of the Brief, not intervention, discovery, oral argument, or other participation.

## II. THE BRIEF ADDRESSES THE OPERATION OF THE REQUESTED RELIEF

Plaintiffs request an order requiring Defendants "to promptly remove from all Digital Services all infringing tracks and promptly terminate the accounts of account holders who are repeat infringers" of Plaintiffs' recordings. Compl., Request for Relief para. C(3). That provision does not itself specify subscriber notice, the treatment of disputed identifications, or correction of consequences attributable to a mistaken identification.

Movant distributes recordings through DistroKid and offers an account-holder perspective on those operational questions. His interest overlaps with aspects of Defendants' position but is not identical: the Brief focuses on notice, identification, and correction for persons affected by compliance with a court-entered order. It accepts Plaintiffs' allegations for purposes of its alternative remedial argument and does not challenge any particular infringement claim.

The Brief asks the Court to define the operation of any continuing identification process it establishes, while preserving prompt action on sufficiently specific claims and leaving independent contractual restrictions outside its scope.

## III. THE REQUEST SEEKS NO CHANGE TO THE CASE SCHEDULE

Movant submits the Brief because the Complaint requests removal and account-termination relief. He requests no present ruling on the substantive recommendations

and no alteration of any existing deadline, discovery obligation, or hearing. The submission is limited to the legal and operational scope of relief the Court may itself enter.

If the Court considers the submission premature, Movant alternatively requests denial without prejudice to a renewed request directed to a pending motion or proposed order containing removal or account-termination provisions.

## IV. LOCAL RULE 7.1.1

This motion is brought by a nonparty and therefore falls within the exception stated in D. Del. L.R. 7.1.1.

## CONCLUSION

Movant respectfully requests that the Court grant leave to file the Brief. The Brief and a proposed order are attached.

Dated: November 4, 2026

Respectfully submitted,

Joseph Anthony Reyna (JOECAT®)
5900 Balcones Drive, STE 100
Austin, TX 78731
512-200-3069
whitehat@joecattt.com
Proposed Amicus Curiae, pro se

Joseph Anthony Reyna (JOECAT)
5900 Balcones Drive, STE 100
Austin, TX 78731
512-200-3069 | whitehat@joecattt.com

**COURT COPY**

Office of the Clerk
United States District Court
District of Delaware
844 N King St Unit 18
Wilmington, DE 19801-3570

Re: UMG Recordings, Inc., et al. v. DistroKid, LLC, et al.
Civil Action No. 1:26-cv-01156-MN (D. Del.)
Motion for Leave to File Proposed Amicus Brief
Dated: November 4, 2026

**Served on all counsel of record by first-class mail; courtesy copies also sent by email:**

PLAINTIFFS (UMG Recordings, Inc., et al.):
Kelly E. Farnan, Esq.
Louis K. Kettering, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

DEFENDANTS (DistroKid, LLC, et al.):
Jared W. Newton, Esq.
Morgan Rae Harrison, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
500 Delaware Avenue, Suite 1400
Wilmington, DE 19801



## CERTIFICATE OF SERVICE

I certify that on November 4, 2026, I served the foregoing motion, the Brief, and the proposed order on counsel of record for all parties by first-class United States mail, postage prepaid, addressed as follows:

Kelly E. Farnan, Esq. and Louis K. Kettering, Esq., Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (counsel for Plaintiffs)

Jared W. Newton, Esq. and Morgan Rae Harrison, Esq., Quinn Emanuel Urquhart & Sullivan, LLP, 500 Delaware Avenue, Suite 1400, Wilmington, DE 19801 (counsel for Defendants)

Courtesy copies of the same documents were also sent the same day by email, in PDF form, to: farnan@rlf.com; kettering@rlf.com; Glenn.Pomerantz@mto.com; Kelly.Klaus@mto.com; Rose.Ehler@mto.com; Oliver.Brown@mto.com; Ariella.Park@mto.com; and jarednewton@quinnemanuel.com. The email copies are a courtesy and are not offered as service under Fed. R. Civ. P. 5(b)(2)(E).

Dated: November 4, 2026

Joseph Anthony Reyna (JOECAT®)
5900 Balcones Drive, STE 100
Austin, TX 78731
512-200-3069
whitehat@joecattt.com
Proposed Amicus Curiae, pro se

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:26-cv-01156-MN |
| v. | ) |
| | ) |
| DISTROKID, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICUS CURIAE**

**Judge: Hon. Maryellen Noreika**

Upon consideration of Joseph Anthony Reyna's Motion for Leave to File a Brief as Amicus Curiae, IT IS ORDERED that:

1. The Motion is GRANTED.

2. The "Brief of Proposed Amicus Curiae Joseph Anthony Reyna on the Scope of Any Injunctive Relief" accompanying the Motion is accepted for filing.

3. This Order grants no intervention, party status, or additional participation.

Dated: ____________________

________________________________

Hon. Maryellen Noreika

United States District Judge

JOSEPH ANTHONY REYNA
DREAMS OVER DOLLARS FOUNDATION
5900 BALCONES DR. STE. 100
AUSTIN, TX 78731

NONPROFIT ORG/USA

THU 05 NOV 2026

Office of the Clerk
United States District Court
District of Delaware
844 N King St Unit 18
Wilmington, DE 19801-3570

Re: UMG Recordings, Inc., et al. v. DistroKid, LLC, et al.
Civil Action No. 1:26-cv-01156-MN
Motion for Leave to File Proposed Amicus Brief

U.S.M.S
X-RAY